Abingdon Bank and Trust Company of Abingdon, Illinois, Appellant, v. H. C. Bulkeley et al., Appellees.

Gen. No. 9,950.

opinion filed April 27, 1944; rehearing denied May 29, 1944. Burrel Barash, for appellant; Kenworthy, Harper, Sollo & Graham, for appellees; S. R. Kenworthy and R. G. Graham, of counsel. Opinion by JUSTICE HUFFMAN. Not to be published in full.